```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE MARBLE INDUSTRY                    O R D E R
WELFARE FUND, et al.,                              25-CV-02986-ENV-RML
                         Plaintiffs
         -against-

WALLICO MAINTENANCE GROUP, LLC,

                         Defendant.
------------------------------------------------------------X
```

An initial telephone conference has been scheduled for ***September 30, 2025 at 12:30 PM,*** before the Honorable Robert M. Levy, United States Magistrate Judge at **571-353-2301; Guest ID: 623827231.** All counsel must be present.  **Plaintiffs' counsel is directed to confirm with defendant's counsel that all necessary participants are aware of this conference.**  In the event an answer has not yet been filed, plaintiffs' counsel is to notify defendant's counsel of this conference as soon as an answer is filed.  If an answer is not filed in advance of the conference date, plaintiff's counsel is to notify the court, <u>in writing</u>, to arrive two days before the scheduled conference.  No adjournment requests will be considered unless filed by ECF at least forty-eight (48) hours before the scheduled conference.

**THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE AMENDMENTS TO RULE 26 Fed. R. Civ. P.  IT IS EXPECTED THAT:  1) THE MEETING REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE CONFERENCE, 2) THE MANDATORY DISCLOSURE REQUIRED BY THE RULE WILL BE MADE BEFORE THE CONFERENCE, AND 3) THE WRITTEN REPORT CALLED FOR BY THE RULE WILL BE PREPARED AND AVAILABLE TO THE COURT BY THE TIME OF THE CONFERENCE.**

The parties are advised that all parties in civil actions in this district, **except those appearing pro se,** are now required to participate in Electronic Case Filing (ECF).  ECF enables both the court and litigants to file all case documents electronically, including pleadings, motions, correspondence, and orders.  ECF is designed to be a user-friendly system which is easily understood.  A user's manual is available through the Clerk's Office, or at our website at http://www.nyed.uscourts.gov.  If needed, free training can be arranged for attorneys and their staff by contacting the Clerk's Office at (718) 613-2312.  All counsel of record will receive notice by e-mail every time a document is filed in this case via ECF.  For more information, please consult my individual rules, which are attached and are posted on the EDNY website.  All counsel of record who have not yet registered for ECF must do so within two weeks.  If there are other attorneys in the firm who will also be working on this case, such attorneys should promptly file a notice of appearance and register for ECF.  In *exceptional circumstances*, a party may be exempted from the ECF requirements, but only upon a written application to my chambers explaining in detail the serious hardships that compliance with ECF would entail.

**Parties appearing pro se are not subject to the rules regarding Electronic Case Filing (ECF) and are therefore directed to file all correspondence and other submissions by first class mail, with a copy to defendants' counsel.**

SO ORDERED.

DATED:    Brooklyn, NY
          August 15, 2025

                                        /s/
                              ROBERT M. LEVY
                              United States Magistrate Judge